UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/19

-------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

MARK WAITERS,

                Defendant.

-------------------------------------------------------------------X

19-CR-12 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

    It is hereby ORDERED that the defendant in the above captioned case, USM Number 86480-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

    SO ORDERED.

Dated: December 12, 2019
      New York, New York

                                      VERNON S. BRODERICK
                                        United States District Judge